PROB 12B
(10/24)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Individual Under Supervision: Jason Eaton | Cr.: 21-00364-001 |
| | PACTS #: 56231 |

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN A. GIBNEY, JR.
UNITED STATES DISTRICT JUDGE (ED/VA)
(Jurisdiction transferred to the Hon. Kevin McNulty on April 26, 2021)

Date of Original Sentence: 09/11/2017

Original Offense:   Count One: Conspiracy to Commit Bank Fraud; Forfeiture Allegation of Related Property, 18 U.S.C. § 1349; 18 U.S.C. § 982(a)(2) and 981(a)(1)(C), as incorporated by U.S.C. 28 § 2461(c), and 21 § 853(p)
Count Two: Unlawful Monetary Transaction, 18 U.S.C. § 1957 and 2

Original Sentence: 63 months imprisonment on each count, concurrent, 5 years supervised release on Count 1 and 3 years on Count 2, all to run concurrently

Special Conditions: No New Debt, Financial Disclosure, Supporting Dependents, Employment Restriction, and $390,026.00 Restitution.

Type of Supervision: Supervised Release                              Date Supervision Commenced: 10/02/2020

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**COMMUNITY SERVICE (50 hours over 3 months)**

You must contribute 50 hours of community service work over a period of 3 months or less, from the date this document is signed. Such service will be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

Since the commencement of supervision, Mr. Eaton has not maintained suitable employment per the standard conditions of "The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons." Mr. Eaton has been unemployed since June 1, 2024, and has made minimal efforts in securing employment and/or registering for an educational program. Mr. Eaton is financially supported by his mother and the New Jersey Division of Family Development Social Service Agency receiving temporary assistance for needy families (TANF).

Prob 12B – page 2
Jason Eaton

At this time, the U.S. Probation Office is respectfully recommending the modification of community service to be added to Mr. Eaton's special conditions of supervision. Mr. Eaton has agreed with this modification and signed a Waiver of Hearing to Modify the Conditions of Supervised Release Form. The U.S. Probation Office will continue to monitor Mr. Eaton's compliance with the court-ordered conditions. Should Mr. Eaton's non-compliance continue, the Court will be notified.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By: TAYLOR R. PETRONZIO
U.S. Probation Officer Assistant

/ trp

APPROVED:

_____  07/24/25
PATRICK HATTERSLEY              Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)
☐ No Action
☐ Other

_____
Signature of Judicial Officer

*August 5, 2025*
Date